

# Fourth Court of Appeals
## San Antonio, Texas

January 15, 2014

No. 04-14-00020-CR

James **LEGATE**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 1998CR6480
Honorable Melisa Skinner, Judge Presiding

# O R D E R

On August 11, 1999, James Legate was sentenced to ninety-nine years imprisonment. On January 7, 2014, he filed a notice of appeal. In his notice of appeal, Legate states that on September 15, 2013, he filed a Motion for the Release of Clerk's Record. He complains that the trial court has failed to rule on his motion. A complaint about the failure of a trial court to rule on a motion cannot be brought on direct appeal, but should instead be brought in a mandamus proceeding. *See In re Chavez*, 62 S.W.3d 225, 228 (Tex. App.—Amarillo 2001, orig. proceeding); *In re Ramirez*, 994 S.W.2d 682, 683 (Tex. App.—San Antonio 1998, orig. proceeding). We therefore ORDER appellant to show cause on or before **February 14, 2014** why this appeal should not be dismissed for lack of jurisdiction. All appellate deadline are suspended pending further order of this Court.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of January, 2014.

_____
Keith E. Hottle
Clerk of Court